**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Eugene D. Brice, Jr. aka Donny Brice aka Donald Brice |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern    District of NY (State) |
| Case number | 14-36852-cgm |

# Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1:   Mortgage Information

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST

**Court claim no.** (if known): 9-2

**Last 4 digits** of any number you use to identify the debtor's account:   4  1  5  4

**Property address:** 21 Kennebec Avenue
Number      Street

Oak Bluffs      MA    02557
City        State    ZIP Code

## Part 2:   Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3:   Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  ___/___/___
MM / DD /YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ 24,238.66

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ 14,682.06

c. **Total.** Add lines a and b.   (c) $ 38,920.72

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   9 /01 /2019
MM / DD /YYYY

| Debtor 1 | Eugene D. Brice, Jr. aka Donny Brice ak | Case number (if known) | 14-36852-cgm |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

---

| **Part 4:** | **Itemized Payment History** |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

| **Part 5:** | **Sign Here** |
|---|---|

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ Jonathan Schwalb
Signature

Date 05 / 11 / 2020

| Print | Jonathan Schwalb | Title | Secured Creditor Attorney |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

| Company | Friedman Vartolo LLP |
|---|---|

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | 85 Broad Street, Suite 501 |
|---|---|
| | Number    Street |

| | New York | NY | 10004 |
|---|---|---|---|
| | City | State | ZIP Code |

| Contact phone | ( 212 ) 471 _ 5100 | Email | bankruptcy@friedmanvartolo.com |
|---|---|---|---|

---


**BSI Financial Services**

**Payment Changes**

| Date | P&I | Escrow | Total | Notice Filed |
|---|---|---|---|---|
| 11/1/2014 | $2,112.80 | $373.68 | $2,486.48 | POC |
| 12/1/2016 | $2,112.80 | $310.94 | $2,423.74 | NOPC |
| 12/1/2019 | $2,112.80 | $1,103.63 | $3,216.43 | NOPC |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |

**Loan Information**

| | |
|---|---|
| Loan # | 1461064154 |
| Borrower | Brice |
| BK Case # | 14-36852 |
| Date Filed | 9/10/2014 |
| First Post Petition Due Date | |
| Due Date | 10/1/2014 |
| POC Covers | 11/01/12 - 09/01/14 |

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | APO Credit | APO Debit | APO Suspense Balance | APO Paid to Date | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MFR Filed & APO Entered for missed pmts 11/01/2014 - 07/01/15 ; Debtor to make lumpsum pmt IAO $10,000 within 7 days of order; made add'l stip pmts IAO $1,000 from 09/01/15 - 07/01/16; final pmt 08/01/16 IAO $1191.52; Regular monthly pmt to commence 08/01/2015 | | | | | | | | | | | | | | | | |
| 8/5/2015 | $2,509.84 | 8/1/2015 | 11/1/2012 | $2,486.48 | $23.36 | $23.36 | | $23.36 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | |
| 8/14/2015 | | APO DOWN PMT | | | $0.00 | | | $23.36 | $10,000.00 | | $10,000.00 | $10,000.00 | | | $0.00 | $0.00 | |
| 9/2/2015 | | 9/15/15 Stip Pmt | | | $0.00 | | | $23.36 | $1,000.00 | | $11,000.00 | $11,000.00 | | | $0.00 | $0.00 | |
| 9/2/2015 | | APO Applied | 12/1/2012 | | $0.00 | | | $23.36 | | $2,112.80 | $8,887.20 | $11,000.00 | | | $0.00 | $0.00 | |
| 9/2/2015 | | APO Applied | 1/1/2013 | | $0.00 | | | $23.36 | | $2,112.80 | $6,774.40 | $11,000.00 | | | $0.00 | $0.00 | |
| 9/2/2015 | | APO Applied | 2/1/2013 | | $0.00 | | | $23.36 | | $2,112.80 | $4,661.60 | $11,000.00 | | | $0.00 | $0.00 | |
| 9/2/2015 | | APO Applied | 3/1/2013 | | $0.00 | | | $23.36 | | $2,112.80 | $2,548.80 | $11,000.00 | | | $0.00 | $0.00 | |
| 9/2/2015 | | APO Applied | 4/1/2013 | | $0.00 | | | $23.36 | | $2,112.80 | $436.00 | $11,000.00 | | | $0.00 | $0.00 | |
| 9/8/2015 | $2,509.84 | 9/1/2015 | 5/1/2013 | $2,486.48 | $23.36 | $23.36 | | $46.72 | | | $436.00 | $11,000.00 | | | $0.00 | $0.00 | |
| 10/5/2015 | | 10/15/15 Stip Pmt | | | $0.00 | | | $46.72 | $1,000.00 | | $1,436.00 | $12,000.00 | | | $0.00 | $0.00 | |
| 10/5/2015 | $2,509.84 | 10/1/2015 | 6/1/2013 | $2,486.48 | $23.36 | $23.36 | | $70.08 | | | $1,436.00 | $12,000.00 | | | $0.00 | $0.00 | |
| 10/20/2015 | | Trustee Payment | | | $0.00 | | | $70.08 | | | $1,436.00 | $12,000.00 | $5,964.67 | | $5,964.67 | $5,964.67 | |
| 11/2/2015 | | 11/15/15 Stip pmt | | | $0.00 | | | $70.08 | $1,000.00 | | $2,436.00 | $13,000.00 | | | $5,964.67 | $5,964.67 | |
| 11/2/2015 | $2,510.00 | 11/1/2015 | 7/1/2013 | $2,486.48 | $23.52 | $23.52 | | $93.60 | | | $2,436.00 | $13,000.00 | | | $5,964.67 | $5,964.67 | |
| 11/17/2015 | | Trustee Payment | | | $0.00 | | | $93.60 | | | $2,436.00 | $13,000.00 | $530.54 | | $6,495.21 | $6,495.21 | |
| 12/4/2015 | $2,509.84 | 12/1/2015 | 8/1/2013 | $2,486.48 | $23.36 | $23.36 | | $116.96 | | | $2,436.00 | $13,000.00 | | | $6,495.21 | $6,495.21 | |
| 12/8/2015 | | 12/15/15 Stip Pmt | | | $0.00 | | | $116.96 | $1,000.00 | | $3,436.00 | $14,000.00 | | | $6,495.21 | $6,495.21 | |
| 12/8/2015 | | APO Applied | 9/1/2013 | | $0.00 | | | $116.96 | | $2,112.80 | $1,323.20 | $14,000.00 | | | $6,495.21 | $6,495.21 | |
| 12/8/2015 | | PRE-Petition Applied | 10/1/2013 | | $0.00 | | | $116.96 | | | $1,323.20 | $14,000.00 | | $2,112.80 | $4,382.41 | $6,495.21 | |
| 12/8/2015 | | PRE-Petition Applied | 11/1/2013 | | $0.00 | | | $116.96 | | | $1,323.20 | $14,000.00 | | $2,112.80 | $2,269.61 | $6,495.21 | |
| 12/8/2015 | | PRE-Petition Applied | 12/1/2013 | | $0.00 | | | $116.96 | | | $1,323.20 | $14,000.00 | | $2,112.80 | $156.81 | $6,495.21 | |
| 12/15/2015 | | Trustee Payment | | | $0.00 | | | $116.96 | | | $1,323.20 | $14,000.00 | $530.53 | | $687.34 | $7,025.74 | |
| 12/31/2015 | $2,509.84 | 1/1/2016 | 1/1/2014 | $2,486.48 | $23.36 | $23.36 | | $140.32 | | | $1,323.20 | $14,000.00 | | | $687.34 | $7,025.74 | |
| 12/31/2015 | | 1/15/16 Stip Pmt | | | $0.00 | | | $140.32 | $1,000.00 | | $2,323.20 | $15,000.00 | | | $687.34 | $7,025.74 | |
| 1/20/2016 | | Trustee Payment | | | $0.00 | | | $140.32 | | | $2,323.20 | $15,000.00 | $530.54 | | $1,217.88 | $7,556.28 | |
| 2/9/2016 | $2,509.84 | 2/1/2016 | 2/1/2014 | $2,486.48 | $23.36 | $23.36 | | $163.68 | | | $2,323.20 | $15,000.00 | | | $1,217.88 | $7,556.28 | |
| 2/11/2016 | | 2/15/16 Stip Pmt | | | $0.00 | | | $163.68 | $1,000.00 | | $3,323.20 | $16,000.00 | | | $1,217.88 | $7,556.28 | |
| 2/17/2016 | | Trustee Payment | | | $0.00 | | | $163.68 | | | $3,323.20 | $16,000.00 | $535.20 | | $1,753.08 | $8,091.48 | |
| 3/14/2016 | $2,510.00 | 3/1/2016 | 3/1/2014 | $2,486.48 | $23.52 | $23.52 | | $187.20 | | | $3,323.20 | $16,000.00 | | | $1,753.08 | $8,091.48 | |
| 3/15/2016 | | Trustee Payment | | | $0.00 | | | $187.20 | $1,000.00 | | $3,323.20 | $16,000.00 | $525.87 | | $2,278.95 | $8,617.35 | |
| 3/29/2016 | | 3/15/16 Stip Pmt | | | $0.00 | | | $187.20 | | | $4,323.20 | $17,000.00 | | | $2,278.95 | $8,617.35 | |
| 4/15/2016 | | Trustee Payment | | | $0.00 | | | $187.20 | | | $4,323.20 | $17,000.00 | $535.01 | | $2,813.96 | $9,152.36 | |
| 4/29/2016 | $2,510.00 | 4/1/2016 | 4/1/2014 | $2,486.48 | $23.52 | $23.52 | | $210.72 | | | $4,323.20 | $17,000.00 | | | $2,813.96 | $9,152.36 | |
| 4/29/2016 | | 4/15/16 Stip pmt | | | $0.00 | | | $210.72 | $1,000.00 | | $5,323.20 | $18,000.00 | | | $2,813.96 | $9,152.36 | |
| 5/21/2016 | | Trustee Payment | | | $0.00 | | | $210.72 | | | $5,323.20 | $18,000.00 | $521.86 | | $3,335.82 | $9,674.22 | |
| 5/31/2016 | $2,510.84 | Suspense | | | $2,510.84 | $2,510.84 | | $2,721.56 | | | $5,323.20 | $18,000.00 | | | $3,335.82 | $9,674.22 | |
| 6/7/2016 | | NSF REVERSAL | | | $0.00 | | $2,510.84 | $210.72 | | | $5,323.20 | $18,000.00 | | | $3,335.82 | $9,674.22 | |
| 6/20/2016 | $2,395.00 | 5/1/2016 | 5/1/2014 | $2,486.48 | -$91.48 | | $91.48 | $119.24 | | | $5,323.20 | $18,000.00 | | | $3,335.82 | $9,674.22 | |
| 6/28/2016 | $2,510.84 | 6/1/2016 | 6/1/2014 | $2,486.48 | $24.36 | $24.36 | | $143.60 | | | $5,323.20 | $18,000.00 | | | $3,335.82 | $9,674.22 | |
| 7/8/2016 | | 5/15/16 Stip pmt | | | $0.00 | | | $143.60 | $1,000.00 | | $6,323.20 | $19,000.00 | | | $3,335.82 | $9,674.22 | |
| 7/22/2016 | $2,510.84 | | | | $2,510.84 | $2,510.84 | | $2,654.44 | | | $6,323.20 | $19,000.00 | | | $3,335.82 | $9,674.22 | |
| 7/22/2016 | | 6/15/16 Stip pmt | | | $0.00 | | | $1,654.44 | $1,000.00 | | $7,323.20 | $20,000.00 | | | $3,335.82 | $9,674.22 | |
| 7/22/2016 | | 7/15/16 Stip pmt | | | $0.00 | | | $654.44 | $1,000.00 | | $8,323.20 | $21,000.00 | | | $3,335.82 | $9,674.22 | |
| 8/2/2016 | | Trustee Payment | | | $0.00 | | | $654.44 | | | $8,323.20 | $21,000.00 | $521.85 | | $3,857.67 | $10,196.07 | |
| 8/25/2016 | | Trustee Payment | | | $0.00 | | | $654.44 | | | $8,323.20 | $21,000.00 | $1,043.72 | | $4,901.39 | $11,239.79 | |
| 8/25/2016 | | APO Applied | 7/1/2014 | | $0.00 | | | $654.44 | | $2,112.80 | $6,210.40 | $21,000.00 | | | $4,901.39 | $11,239.79 | |
| 8/25/2016 | | APO Applied | 8/1/2014 | | $0.00 | | | $654.44 | | $2,112.80 | $4,097.60 | $21,000.00 | | | $4,901.39 | $11,239.79 | |
| 8/25/2016 | | APO Applied | 9/1/2014 | | $0.00 | | | $654.44 | | $2,112.80 | $1,984.80 | $21,000.00 | | | $4,901.39 | $11,239.79 | |
| 8/25/2016 | | PRE-Petition Applied | 10/1/2014 | | $0.00 | | | $654.44 | | | $1,984.80 | $21,000.00 | | $2,112.80 | $2,788.59 | $11,239.79 | |
| 8/25/2016 | | PRE-Petition Applied | 11/1/2014 | | $0.00 | | | $654.44 | | | $1,984.80 | $21,000.00 | | $2,112.00 | $676.59 | $11,239.79 | |
| 8/25/2016 | | PRE-Petition Applied | 12/1/2014 | | $0.00 | | | $654.44 | | | $1,984.80 | $21,000.00 | | $2,509.84 | -$1,833.25 | $11,239.79 | |
| 8/25/2016 | | PRE-Petition Applied | 1/1/2015 | | $0.00 | | | $654.44 | | | $1,984.80 | $21,000.00 | | $2,509.84 | -$4,343.09 | $11,239.79 | |
| 8/29/2016 | $2,510.84 | 8/15/2016 Stip pmt | | | $2,510.84 | $2,510.84 | $1,191.52 | $1,973.76 | $1,191.52 | | $3,176.32 | $22,191.52 | | | -$4,343.09 | $11,239.79 | |
| 10/4/2016 | $2,510.84 | 7/1/2016 | 2/1/2015 | $2,486.48 | $24.36 | $24.36 | | $1,998.12 | | | $3,176.32 | $22,191.52 | | | -$4,343.09 | $11,239.79 | |
| 10/21/2016 | | Trustee Payment | | | $0.00 | | | $1,998.12 | | | $3,176.32 | $22,191.52 | $521.85 | | -$3,821.24 | $11,761.64 | |
| 10/31/2016 | $2,510.84 | 8/1/2016 | 3/1/2015 | $2,486.48 | $24.36 | $24.36 | | $2,022.48 | | | $3,176.32 | $22,191.52 | | | -$3,821.24 | $11,761.64 | |
| 2/1/2017 | $2,510.84 | 9/1/2016 | 4/1/2015 | $2,486.48 | $24.36 | $24.36 | | $2,046.84 | | | $3,176.32 | $22,191.52 | | | -$3,821.24 | $11,761.64 | |
| 3/3/2017 | $2,510.84 | 10/1/2016 | 5/1/2015 | $2,486.48 | $24.36 | $24.36 | | $2,071.20 | | | $3,176.32 | $22,191.52 | | | -$3,821.24 | $11,761.64 | |
| 5/3/2017 | $2,510.84 | 11/1/2016 | 6/1/2015 | $2,486.48 | $24.36 | $24.36 | | $2,095.56 | | | $3,176.32 | $22,191.52 | | | -$3,821.24 | $11,761.64 | |
| 3/21/2017 | | Trustee Payment | | | $0.00 | | | $2,095.56 | | | $3,176.32 | $22,191.52 | $523.54 | | -$3,297.70 | $12,285.18 | |
| 5/9/2017 | | Trustee Payment | | | $0.00 | | | $2,095.56 | | | $3,176.32 | $22,191.52 | $1,047.07 | | -$2,250.63 | $13,332.25 | |
| 5/22/2017 | | Trustee Payment | | | $0.00 | | | $2,095.56 | | | $3,176.32 | $22,191.52 | $1,570.61 | | -$680.02 | $14,902.86 | |
| 5/31/2017 | $2,511.00 | 12/1/2016 | 7/1/2015 | $2,423.74 | $87.26 | $87.26 | | $2,182.82 | | | $3,176.32 | $22,191.52 | | | -$680.02 | $14,902.86 | |
| 6/19/2017 | | Trustee Payment | | | $0.00 | | | $2,182.82 | | | $3,176.32 | $22,191.52 | $1,047.07 | | $367.05 | $15,949.93 | |
| 6/19/2017 | | APO Applied | 8/1/2015 | | $0.00 | | | $2,182.82 | | $2,509.84 | $666.48 | $22,191.52 | | | $367.05 | $15,949.93 | |
| 6/19/2017 | | PRE-Petition Applied | 9/1/2015 | | $0.00 | | | $2,182.82 | | | $666.48 | $22,191.52 | | $2,509.84 | -$2,142.79 | $15,949.93 | |
| 6/19/2017 | | PRE-Petition Applied | 10/1/2015 | | $0.00 | | | $2,182.82 | | | $666.48 | $22,191.52 | | $2,509.84 | -$4,652.63 | $15,949.93 | |
| 6/19/2017 | | PRE-Petition Applied | 11/1/2015 | | $0.00 | | | $2,182.82 | | | $666.48 | $22,191.52 | | $2,489.55 | -$7,142.18 | $15,949.93 | |
| 7/6/2017 | $2,511.00 | 1/1/2017 | 12/1/2015 | $2,423.74 | $87.26 | $87.26 | | $2,270.08 | | | $666.48 | $22,191.52 | | | -$7,142.18 | $15,949.93 | |
| 8/3/2017 | $2,511.00 | 2/1/2017 | 1/1/2016 | $2,423.74 | $87.26 | $87.26 | | $2,357.34 | | | $666.48 | $22,191.52 | | | -$7,142.18 | $15,949.93 | |
| 8/3/2017 | | PRE-Petition Applied | 2/1/2016 | | $0.00 | | | $2,357.34 | | | $666.48 | $22,191.52 | | $2,382.44 | -$9,524.62 | $15,949.93 | |
| 9/21/2017 | $5,022.00 | 3/1/2017 | 3/1/2016 | $2,423.74 | $2,598.26 | $2,598.26 | | $4,955.60 | | | $666.48 | $22,191.52 | | | -$9,524.62 | $15,949.93 | |
| 9/21/2017 | | 4/1/2017 | 4/1/2016 | $2,423.74 | -$2,423.74 | | $2,423.74 | $2,531.86 | | | $666.48 | $22,191.52 | | | -$9,524.62 | $15,949.93 | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/21/2017 | | 5/1/2017 | 5/1/2016 | $2,423.74 | -$2,423.74 | | $2,423.74 | $108.12 | | | $666.48 | $22,191.52 | | | -$9,524.62 | $15,949.93 |
| 10/15/2017 | | Trustee Payment | | | $0.00 | | | $108.12 | | | $666.48 | $22,191.52 | $523.54 | | -$9,001.08 | $16,473.47 |
| 11/1/2017 | $2,511.00 | 6/1/2017 | 6/1/2016 | $2,423.74 | $87.26 | $87.26 | | $195.38 | | | $666.48 | $22,191.52 | | | -$9,001.08 | $16,473.47 |
| 11/10/2017 | $2,511.00 | 7/1/2017 | 7/1/2016 | $2,423.74 | $87.26 | $87.26 | | $282.64 | | | $666.48 | $22,191.52 | | | -$9,001.08 | $16,473.47 |
| 12/13/2017 | $2,511.00 | 8/1/2017 | 8/1/2016 | $2,423.74 | $87.26 | $87.26 | | $369.90 | | | $666.48 | $22,191.52 | | | -$9,001.08 | $16,473.47 |
| 1/8/2018 | | Trustee Payment | | | $0.00 | | | $369.90 | | | $666.48 | $22,191.52 | $1,570.61 | | -$7,430.47 | $18,044.08 |
| 2/13/2018 | $2,511.00 | 9/1/2017 | 9/1/2016 | $2,423.74 | $87.26 | $87.26 | | $457.16 | | | $666.48 | $22,191.52 | | | -$7,430.47 | $18,044.08 |
| 3/21/2018 | $2,512.00 | 10/1/2017 | 10/1/2016 | $2,423.74 | $88.26 | $88.26 | | $545.42 | | | $666.48 | $22,191.52 | | | -$7,430.47 | $18,044.08 |
| 4/2/2018 | $2,512.00 | 11/1/2017 | 11/1/2016 | $2,423.74 | $88.26 | $88.26 | | $633.68 | | | $666.48 | $22,191.52 | | | -$7,430.47 | $18,044.08 |
| 5/3/2018 | $2,512.00 | 12/1/2017 | 12/1/2016 | $2,423.74 | $88.26 | $88.26 | | $721.94 | | | $666.48 | $22,191.52 | | | -$7,430.47 | $18,044.08 |
| 5/11/2018 | | Trustee Payment | | | $0.00 | | | $721.94 | | | $666.48 | $22,191.52 | $1,955.92 | | -$5,474.55 | $20,000.00 |
| 5/11/2018 | | PRE-Petition Applied | 1/1/2017 | | $0.00 | | | $721.94 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| 5/22/2018 | $2,512.00 | 1/1/2018 | 2/1/2017 | $2,423.74 | $88.26 | $88.26 | | $810.20 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| 6/5/2018 | $2,512.00 | 2/1/2018 | 3/1/2017 | $2,423.74 | $88.26 | $88.26 | | $898.46 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| 7/10/2018 | $2,512.00 | 3/1/2018 | 4/1/2017 | $2,423.74 | $88.26 | $88.26 | | $986.72 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| 8/14/2018 | $2,512.00 | 4/1/2018 | 5/1/2017 | $2,423.74 | $88.26 | $88.26 | | $1,074.98 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| 9/25/2018 | $2,512.00 | 5/1/2018 | 6/1/2017 | $2,423.74 | $88.26 | $88.26 | | $1,163.24 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| 10/16/2018 | $2,512.00 | 6/1/2018 | 7/1/2017 | $2,423.74 | $88.26 | $88.26 | | $1,251.50 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| 12/5/2018 | $2,512.00 | 7/1/2018 | 8/1/2017 | $2,423.74 | $88.26 | $88.26 | | $1,339.76 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| 1/9/2019 | $2,500.00 | 8/1/2018 | 9/1/2017 | $2,423.74 | $76.26 | $76.26 | | $1,416.02 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| 2/26/2019 | $2,500.00 | 9/1/2018 | 10/1/2017 | $2,423.74 | $76.26 | $76.26 | | $1,492.28 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| 4/8/2019 | $2,500.00 | 10/1/2018 | 11/1/2017 | $2,423.74 | $76.26 | $76.26 | | $1,568.54 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| 4/16/2019 | $2,500.00 | 11/1/2018 | 12/1/2017 | $2,423.74 | $76.26 | $76.26 | | $1,644.80 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| 6/4/2019 | $2,500.00 | 12/1/2018 | 1/1/2018 | $2,423.74 | $76.26 | $76.26 | | $1,721.06 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| 8/12/2019 | $2,500.00 | 1/1/2019 | 2/1/2018 | $2,423.74 | $76.26 | $76.26 | | $1,797.32 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| 8/19/2019 | $2,500.00 | 2/1/2019 | 3/1/2018 | $2,423.74 | $76.26 | $76.26 | | $1,873.58 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| 10/2/2019 | $2,500.00 | 3/1/2019 | 4/1/2018 | $2,423.74 | $76.26 | $76.26 | | $1,949.84 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| 11/14/2019 | $2,500.00 | 4/1/2019 | 5/1/2018 | $2,423.74 | $76.26 | $76.26 | | $2,026.10 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| 12/2/2019 | $2,500.00 | 5/1/2019 | 6/1/2018 | $2,423.74 | $76.26 | $76.26 | | $2,102.36 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| 1/10/2020 | $2,500.00 | 6/1/2019 | 7/1/2018 | $2,423.74 | $76.26 | $76.26 | | $2,178.62 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| 2/3/2020 | $2,500.00 | 7/1/2019 | 8/1/2018 | $2,423.74 | $76.26 | $76.26 | | $2,254.88 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| 3/11/2020 | $2,500.00 | 8/1/2019 | 9/1/2018 | $2,423.74 | $76.26 | $76.26 | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| PAST DUE | | 9/1/2019 | | $2,423.74 | -$2,423.74 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| PAST DUE | | 10/1/2019 | | $2,423.74 | -$2,423.74 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| PAST DUE | | 11/1/2019 | | $3,216.43 | -$3,216.43 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| PAST DUE | | 12/1/2019 | | $3,216.43 | -$3,216.43 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| PAST DUE | | 1/1/2020 | | $3,216.43 | -$3,216.43 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| PAST DUE | | 2/1/2020 | | $3,216.43 | -$3,216.43 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| PAST DUE | | 3/1/2020 | | $3,216.43 | -$3,216.43 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| PAST DUE | | 4/1/2020 | | $3,216.43 | -$3,216.43 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| PAST DUE | | 5/1/2020 | | $3,216.43 | -$3,216.43 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |
| | | | | | $0.00 | | | $2,331.14 | | | $666.48 | $22,191.52 | | | -$5,474.55 | $20,000.00 |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                               :
                                                               :    CASE NO.: 14-36852-cgm
IN RE:                                                         :
                                                               :    CHAPTER: 13
Eugene D. Brice, Jr.                                           :
*aka Donny Brice*                                              :    HON. JUDGE.:
*aka Donald Brice*,                                           :
                                                               :    Cecelia G. Morris
Debtor.                                                        :
                                                               :
                                                               :

---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

On May 11, 2020, I served a true copy of the annexed **RESPONSE TO NOTICE OF FINAL CURE PAYMENT by** mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: /s/Jonathan Schwalb
FRIEDMAN VARTOLO LLP
85 Broad Street, Suite 501
New York, New York 10004
T: (212) 471-5100
F: (212) 471-5150

### SERVICE LIST

Eugene D. Brice, Jr.
250 Schroon Hill Road
Kerhonkson, NY 12446
***Debtor***

Jason J. Kovacs
Rusk Wadlin Heppner & Martuscello, LLP
P.O. Box 3356
Kingston, NY 12402
***Debtor's Attorney***

Krista M. Preuss
Chapter 13 Standing Trustee
399 Knollwood Road
White Plains, NY 10603
***Trustee***

United States Trustee
Office of the United States Trustee
11A Clinton Ave.
Room 620
Albany, NY 12207
***U.S. Trustee***